IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHER SANDBERG,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case 12-cv-756-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Cher Sandberg against defendant Carolyn W. Colvin reversing and remanding the decision of the commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

/s/                                                              7/30/13
Peter Oppeneer, Clerk of Court                                   Date