IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHER SANDBERG,

     Plaintiff,                                                JUDGMENT IN A CIVIL CASE

v.                                                                    Case No. 12-cv-756-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

     Defendant.

---

     This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has
been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

against defendant Carolyn W. Colvin awarding plaintiff attorney fees and costs under

the Equal Access to Justice Act in the amount of $7,500.00.


_____                    ____1/14/14_____
Peter Oppeneer, Clerk of Court                                      Date