IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHER SANDBERG,

                                                               ORDER

                Plaintiff,

                                                           12-cv-756-bbc

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Dana Duncan, counsel for plaintiff Cher Sandberg, has moved for authorization of an award of attorney fees for his work representing plaintiff in this social security proceeding. Counsel is seeking $8,397.11 to be paid to counsel and $6,888.39 to be paid to plaintiff Sandberg under the Equal Access to Justice Act, 28 U.S.C. 2412, in full satisfaction of any claim for fees and costs in this case. The Commissioner does not oppose counsel's request. After entry of this order, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant will direct that $8,397.11 be paid to counsel and $6,888.39 be paid to plaintiff Sandberg under the EAJA assignment signed by plaintiff and her counsel.

1

ORDER

IT IS ORDERED that plaintiff Cher Sandberg's motion for attorney fees and costs in the amount of $8,397.11 and $6,888.39, dkt. 29, is GRANTED.

Entered this 7th day of May, 2015.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge